IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH S. SCHOENHOEFT,<br><br>  Petitioner,<br><br>  vs.<br><br>DARREL ADAMS, WARDEN,<br><br>  Respondent. | CASE NO. CV-F-03-5545 AWI DLB HC<br><br>ORDER TO SHOW CAUSE WHY STAY SHOULD NOT BE LIFTED FOR FAILURE TO COMPLY WITH COURT ORDER TO FILE STATUS REPORT<br><br>[Doc. 35] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On April 15, 2005, the Court issued a third order staying the case pending exhaustion of the unexhausted claims at the California Supreme Court. A status report was due on or before June 15, 2005. No status report has been filed by Petitioner.

Accordingly, within **fifteen (15)** days from the date of service of this order, Petitioner shall show cause why the stay should not be lifted and/or other appropriate sanctions should not be imposed for failing to comply with the Court's order.

IT IS SO ORDERED.

**Dated:   July 7, 2005**          /s/ Dennis L. Beck
3b142a                     UNITED STATES MAGISTRATE JUDGE

1