1

2

3

4

5

6

7

8          **IN THE UNITED STATES DISTRICT COURT**

9         **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   JOSEPH S. SCHOENHOEFT,                    CASE NO. CV-F-03-5545 AWI DLB HC

12                  Petitioner,                ORDER GRANTING PETITIONER'S_____
                                               REQUEST FOR EXTENSION OF TIME
13         vs.                                 TO SUBMIT THIRD AMENDED PETITION

14   DARREL ADAMS, WARDEN,                     [Doc. 40]

15                  Respondent.
                                          /
16

17         Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant

18   to 28 U.S.C. § 2254.

19         On April 27, 2004, the Court issued an order staying the case and the Court has periodically

20   extended the stay.  The last stay was ordered on July 12, 2005, effective through September 12, 2005.

21         On July 25, 2005, Petitioner filed a status report indicating that the petition filed in the California

22   Supreme Court on June 29, 2004, has been denied without comment.  Petitioner requests a stay of sixty

23   (60) days to file a third amended petition.

24         Good cause having been demonstrated, Petitioner's request is GRANTED and within sixty (60)

25   days from the date of service of this order, Petitioner shall file a third amended petition.

26         IT IS SO ORDERED.

27   **Dated:    July 26, 2005**                       **/s/ Dennis L. Beck**
     3b142a                                 UNITED STATES MAGISTRATE JUDGE
28

                                              1