1

2

3

4

5

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    JOSEPH S. SCHOENHOEFT,                    CASE NO. CV-F-03-5545 DLB HC

12                    Petitioner,               ORDER DIRECTING RESPONDENT_____
                                                TO SUBMIT RESPONSE TO
13           vs.                                THIRD AMENDED PETITION FILED
                                                SEPTEMBER 28, 2005
14    DARREL ADAMS, WARDEN,
                                                [Doc. 43]
15                    Respondent.
                                      /
16

17           Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant

18    to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction

19    of the United States Magistrate Judge.

20           On, April 27, 2004, the Court stayed the action pending exhaustion in the state courts and the

21    Court periodically extended the stay.  The last stay was ordered on July 12, 2005, effective through

22    September 12, 2005.  On July 25, 2005, Petitioner filed a status report indicating that the petition filed

23    in the California Supreme Court on June 29, 2004, had been denied without comment.  On September

24    28, 2005, Petitioner filed a third amended petition.

25           Accordingly, by this order, the Court will direct Respondent to submit an answer to the third

26    amended petition.  Within **sixty (60)** days from the date of service of this order, Respondent shall submit

27    an answer to the third amended petition.  Within **thirty (30)** days from the date Respondent files its

28    answer, Petitioner may file a traverse.  All other provisions set forth in the Court's October 14, 2003,

                                                1

1   order to file a response remain in full force and effect.  (Court Doc. 7.)

2            IT IS SO ORDERED.

3        **Dated:    October 6, 2005**                          **/s/ Dennis L. Beck**
    3b142a                                              UNITED STATES MAGISTRATE JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28